# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-00035-CR-DGK |
| | ) |
| DEMETRIOUS CORNEILIUS | ) |
| | ) |
| Defendant. | ) |

### MOTION TO WITHDRAW

COMES Now Robert N. Calbi, counsel for Defendant Demetrious Corneilius and hereby Moves this Court for an Order granting him leave to withdraw and in support thereof states as follows:

1. This Court continues to receive pro se correspondence from Defendant. The latest correspondence indicates that he does not 'recognize" the undersigned as his attorney for "he has never signed anything". In general Counsel believes and it appears as though Defendant believes that there is such a breakdown in communication that irreparable damage has been done to the attorney -client relationship.[1]

2. This matter is currently set for the Joint criminal docket of September 20, 2021.

WHEREFORE, Counsel prays that the Court grant his Withdrawl and new Counsel be appointed for Defendant.

---

[1] Counsel does not wish to get into specifics in the filing of a public document but if and when the matter is set for hearing and the government asked to leave the hearing Counsel can give further explanation.

*LAW OFFICES OF*

*ROBERT N. CALBI, LLC*

By /s/ Robert N. Calbi
Robert N. Calbi #36185/70554
1100 Main
Suite 1648
Kansas City, Mo. 64105
(816) 221-2400
1-816-368-9280 fax
R.Calbi@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the forgoing Defendant Demetrious Corneilius' Motion to Withdraw with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record through the CM/ECF system, and mailed via US Mail Postage prepaid to Demetrious Corbneilius at Core Civic, 100 Highway Terrace, Leavenworth, KS 66048, this _16th_ day of June 2021.

/s/ Robert N. Calbi
Robert N. Calbi